# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN G. ABRAMS,<br><br>    Plaintiff,<br><br> v.<br><br>JAMES KEY, BELINDA D. STEWART and STEPHEN SINCLAIR,<br><br>    Defendants. | NO: 2:18-CV-0096-TOR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

BEFORE THE COURT is Plaintiff Dustin G. Abram's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), ECF Nos. 14, 15. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff also requests that collection of the remaining balance of the filing fee be waived. For good cause shown, **IT IS ORDERED** that Plaintiff's request is

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

1 **GRANTED** and the institution having custody of Mr. Abrams shall cease collection of the filing fee in this action, cause number 2:18-CV-0096-TOR.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, provide a copy to Plaintiff and **close** the file. The Clerk of Court is further directed to send a copy of this Order to the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107**. The Clerk of Court also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

DATED July 16, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2